```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                              2:08-cr-54-FtM-99DNF

DANNY RIVERO
YOHALVIS MOLINA ALFONSO
ALAIN ALEJANDRE ALFONSO
_____

## OPINION AND ORDER

On October 15, 2008, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #93) to the Court recommending that Danny Rivero's Motion to Suppress Evidence (Doc. #72) be denied as moot, Danny Rivero's Amended Motion to Suppress Evidence (Doc. #73) be denied, and Yohalvis Molina-Alfonso's Motion to Suppress Evidence (Doc. #79) be denied. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State

Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the motions and responses, the transcript of the evidentiary hearing (Doc. #89), and the exhibits, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge in the Report and Recommendation. Accordingly, the Court will adopt the Report and Recommendation and will deny the motions to suppress.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #93) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant Danny Rivero's Motion to Suppress Evidence (Doc. #72) is **DENIED** as moot.

3. Defendant Danny Rivero's Amended Motion to Suppress Evidence (Doc. #73) is **DENIED.**

4. Defendant Yohalvis Molina-Alfonso's Motion to Suppress Evidence (Doc. #79) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of November, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
AUSA Barclift
Counsel of Record